DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DELFON BLAIR,**
Appellant,

v.

**WEST PALM BEACH COURTHOUSE,**
Appellee.

No. 4D20-2488

[March 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502019CA015927XXXMB.

Delfon Blair, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

DAMOORGIAN, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***